No. 677. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* DÁVILA, DEFENDANT AND APPELLANT.—Appeal from the District Court of Arecibo in a prosecution for aggravated assault

and battery. Decided May 4, 1914. Judgment affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.